**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR 06 103T |
| **v.** | : | CR.No. |
| | : | **In violation of 18 U.S.C.§§** |
| **SHANNON RATHER** | : | **1344 and 1028A** |

**INFORMATION**

**COUNT I**

**Introduction**

The United States Attorney charges:

1. The defendant, SHANNON RATHER, was a resident of the State of California.

2. Bank of America was a financial institution doing business in the States of Rhode Island and Connecticut, the deposits of which were federally insured.

**Scheme and Artifice to Defraud**

3. Between on or about March 2, 2005, and on or about March 11, 2005, in the Districts of Rhode Island and Connecticut and elsewhere, the defendant, SHANNON RATHER, knowingly executed and attempted to execute a scheme and artifice to defraud Bank of America, and to obtain monies and funds in the total amount of approximately $84,776.65, owned by and under the custody and control of Bank of America, by means of false and fraudulent pretenses, representations, and promises.

**Object of the Scheme and Artifice**

4. It was the object of the scheme and artifice to obtain

approximately $84,776.65 from Bank of America by posing as four different Bank of America account holders, executing withdrawal slips in the names of those account holders and withdrawing money from those individuals' Bank of America accounts.

**Manner and Means**

**Posing as Meredith Sue Cherabo**

5. On or about March 2, 2005, at the Bank of America branch at City Place, Hartford, Connecticut, posing as Meredith Sue Cherabo, defendant SHANNON RATHER knowingly endorsed and deposited a counterfeit check in the amount of $4,826.16 made payable to Cherabo into Cherabo's Bank of America account.

6. On or about March 2, 2005, at the Bank of America branch at City Place, Hartford, Connecticut, posing as Meredith Sue Cherabo, defendant SHANNON RATHER executed a withdrawal slip in Cherabo's name and withdrew $5,826.16, from Cherabo's account at Bank of America.

7. On or about March 3, 2005, at the Bank of America branch at 1447 New Britain Avenue, West Hartford, Connecticut, posing as Meredith Sue Cherabo, defendant SHANNON RATHER executed a withdrawal slip in Cherabo's name and withdrew $6,600.00, from Cherabo's account at Bank of America.

8. On or about March 4, 2005, at the Bank of America branch at North Windsor, Connecticut, posing as Meredith Sue Cherabo, defendant SHANNON RATHER executed a withdrawal slip in

Cherabo's name and withdrew $2,100.00, from Cherabo's account at Bank of America.

**Posing as Sheri L. Bell**

9. On or about March 10, 2005, at the Bank of America branch at 661 Broadway Avenue, Providence, Rhode Island, posing as Sheri L. Bell, defendant SHANNON RATHER executed a withdrawal slip in Bell's name and withdrew $6,500.00, from Bell's account at Bank of America.

10. On or about March 10, 2005, at the Bank of America branch at 125 Dupont Drive, Providence, Rhode Island, posing as Sheri L. Bell, defendant SHANNON RATHER executed a withdrawal slip in Bell's name and withdrew $5,000.00, from Bell's account at Bank of America.

11. On or about March 11, 2005, at the Bank of America branch at 900 Bald Hill Road, Warwick, Rhode Island, posing as Sheri L. Bell, defendant SHANNON RATHER executed a withdrawal slip in Bell's name and withdrew $8,000.00, from Bell's account at Bank of America.

12. On or about March 11, 2005, at the Bank of America branch at 260 Atwood Avenue, Cranston, Rhode Island, posing as Sheri L. Bell, defendant SHANNON RATHER knowingly endorsed and attempted to deposit a counterfeit check in the amount of $4,773.28 made payable to Bell into Sheri Bell's Bank of America account.

**Posing as Claudia G. Cordova**

13. On or about March 9, 2005, at the Bank of America branch at 814 Hope Street, Providence, Rhode Island, posing as Claudia G. Cordova, defendant SHANNON RATHER knowingly endorsed and deposited a counterfeit check in the amount of $4,729.38 made payable to Cordova into Claudia Cordova's Bank of America account.

14. On or about March 9, 2005, at the Bank of America branch at 814 Hope Street, Providence, Rhode Island, posing as Claudia G. Cordova, defendant SHANNON RATHER executed a withdrawal slip in Cordova's name and withdrew $5,729.38 from Cordova's account at Bank of America.

15. On or about March 10, 2005, at the Bank of America branch at 111 Westminster Street, Providence, Rhode Island, posing as Claudia G. Cordova, defendant SHANNON RATHER knowingly endorsed and deposited a counterfeit check in the amount of $4,528.95 made payable to Cordova into Claudia Cordova's Bank of America account.

16. On or about March 10, 2005, at the Bank of America branch at 575 Charles, Providence, Rhode Island, posing as Claudia G. Cordova, defendant SHANNON RATHER executed a withdrawal slip in Cordova's name and withdrew $6,500.00, from Cordova's account at Bank of America.

17. On or about March 10, 2005, at the Bank of America branch at 111 Westminster Street, Providence, Rhode Island, posing as Claudia G. Cordova, defendant SHANNON RATHER executed a withdrawal slip in Cordova's name and withdrew $8,528.95, from Cordova's account at Bank of America.

18. On or about March 11, 2005, at the Bank of America branch at 5 Washington Street, West Warwick, Rhode Island, posing as Claudia G. Cordova, defendant, SHANNON RATHER executed a withdrawal slip in Cordova's name and withdrew $8,000.00, from Cordova's account at Bank of America.

**Posing as Ana L. Viera**

19. On or about March 9, 2005, at the Bank of America branch at 1473 Broad Street, Providence, Rhode Island, posing as Ana L. Viera, defendant SHANNON RATHER knowingly endorsed and deposited a counterfeit check in the amount of $4,738.02 made payable to Viera into Viera's Bank of America account.

20. On or about March 10, 2005, at the Bank of America branch at 215 Atwells Avenue, Providence, Rhode Island, posing as Ana L. Viera, defendant SHANNON RATHER knowingly endorsed and deposited a counterfeit check in the amount of $4,492.16 made payable to Viera into Viera's Bank of America account.

21. On or about March 10, 2005, at the Bank of America branch at 215 Atwells Avenue, Providence, Rhode Island, posing as Ana L. Viera, defendant SHANNON RATHER executed a withdrawal slip

in Viera's name and withdrew $4,492.16, from Viera's account at Bank of America.

22. On or about March 10, 2005, at the Bank of America branch at 475 Angel Street, Providence, Rhode Island, posing as Ana L. Viera, defendant SHANNON RATHER executed a withdrawal slip in Viera's name and withdrew $6,500.00, from viera's account at Bank of America.

23. On or about March 10, 2005, at the Bank of America branch at 215 Atwells Avenue, Providence, Rhode Island, posing as Ana L. Viera, defendant SHANNON RATHER executed a withdrawal slip in Viera's name and withdrew $3,000.00, from Viera's account at Bank of America.

24. On or about March 11, 2005, at the Bank of America branch at 201 Hillside Road, Cranston, Rhode Island, posing as Ana L. Viera, defendant SHANNON RATHER executed a withdrawal slip in Viera's name and withdrew $8,000.00, from Viera's account at Bank of America.

**Execution of the Scheme**

25. On or about March 11, 2005, in the District of Rhode Island, the defendant, SHANNON RATHER, did knowingly and intentionally execute and attempt to execute the aforesaid scheme and artifice to defraud and to fraudulently obtain moneys and funds owned and under the custody and control of Bank of America, by executing a withdrawal slip in the name of Sheri L. Bell in

the amount of $8,000 and withdrawing $8,000 from Bell's account at the Bank of America.

All in violation of 18 U.S.C. § 1344.

**COUNT II**

Aggravated Identity Theft - 18 U.S.C. § 1028A.

26. On or about March 11, 2005, in the District of Rhode Island, the defendant, SHANNON RATHER, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, a California driver's license bearing the name Sheri Bell, during and in relation to a felony enumerated in 18 U.S.C. § 1028A, to wit, bank fraud, in violation of 18 U.S.C. § 1344.

All in violation of 18 U.S.C. § 1028A.

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
RICHARD W. ROSE
Assistant U.S. Attorney

[signature: Kenneth P. Madden]
KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: September 25, 2006