O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
SHANNON RATHER

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 103T

I, SHANNON RATHER, the above named defendant, who is accused of bank fraud and aggravated identity theft

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9-29-6 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Shannon Rather

SHANNON RATHER
Defendant

KEVIN FITZGERALD, ESQ.
Counsel for Defendant

Before ______________________
Judicial Officer
USMJ