# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. CR06-103T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Shannon Rather**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **20th** day of **October, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c[illegible] that
[illegible] rt
[illegible] ant,
[illegible] date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: October 17, 2006.

David A. DiMarzio, Clerk

Plea Hearing

*By* ______________________
***Ryan Jackson - Deputy Clerk***